**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

KAMMY STEFFI MONTERO GOYCOCHEA,
Petitioner,
v.
LUIS SOTO, et al.,
Respondents.

Civil Action No. 2:26-cv-11866

**ORDER**

Before the Court is Petitioner Kammy Steffi Montero Goycochea's Motion to Voluntarily Dismiss Petition Without Prejudice. Having considered the motion, the Court GRANTS it.

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close this case.

SO ORDERED on this 13th day of October, 2026.

/s/ Katharine S. Hayden
UNITED STATES DISTRICT JUDGE